### Ray BARTO v. STATE.
No. 15113.

Court of Criminal Appeals of Texas.
Feb. 24, 1932.

John A. Cook, of Mt. Pleasant, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for murder; punishment, two years in the penitentiary.

We find in the record neither statement of facts nor bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.

### Ray CLICK v. STATE.
No. 15131.

Court of Criminal Appeals of Texas.
Feb. 24, 1932.

See, also, 39 S.W.(2d) 39.

Alfred Petsch, of Fredericksburg, J. F. Taulbee, of Georgetown, and A. G. Mueller, of Llano, C. E. Patterson, of Georgetown, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for murder; punishment, five years in the penitentiary.

Appellant has filed his affidavit asking to withdraw his appeal. The request is granted.

The appeal is dismissed.

### Joe GILLIAM v. STATE.
No. 15158.

Court of Criminal Appeals of Texas.
Feb. 17, 1932.

R. E. Eubank, of Paris, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is forgery; penalty assessed at confinement in the penitentiary for three years.

There are no matters brought up for review by way of bills of exception or otherwise. The evidence adduced before the trial court is not before us. No error, fundamental or otherwise, has been perceived.

The judgment is affirmed.